IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMMY GODDARD, DAVID CALLAHAN, MIKE BARKER, WAYMON J. GODDARD, GRANT PARKER, AND PARKER WHITE LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>REGIONS BANK, INC., GLEN REAVES, LANEASE DICKENS-FULLER, LAW OFFICE OF LANEASE D. FULLER, RICHARD BUCKNER, DWAYNE BRYANT DAWSON, TIMOTHY GROSSI, WILLIAM FRANK MCLEAN, AND GENE NOWAK,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:12-cv-00761-AT |

## ORDER DISMISSING REGIONS BANK, INC., WITH PREJUDICE

The Court has considered and approved the Unopposed Motion to Dismiss Regions Bank, Inc. ("Regions"), with prejudice. Therefore, it is hereby

- 2 -

ORDERED that all claims against Regions are dismissed, with prejudice, and Regions is dismissed as a party to the above-styled civil action.

**SO ORDERED** this _3rd_ day of _September_, 2013.

_____
The Honorable Judge Amy Totenberg
United States District Court, Northern District of Georgia