IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMMY GODDARD, DAVID CALLAHAND, MIKE BARKER, WAYMON J. GODDARD, GRANT PARKER, AND PARKER WHITE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>REGIONS BANK, INC., GLEN REAVES, LANEASE DICKENS-FULLER, LAW OFFICE OF LANEASE D. FULLER, RICHARD BUCKNER, DWAYNE BRYANT DAWSON, TIMOTHY GROSSI, WILLIAM FRANK MCLEAN, AND GENE NOWAK,<br><br>Defendants. | CIVIL ACTION NO.<br>1:12-CV-0761-AT |

## ORDER

This matter is before the Court on the Motion for Reconsideration to Set Aside Default Judgment and to Strike Non-Entity as a Party[1] by Defendants Lanease D. Fuller's and the Law Office of Lanease D. Fuller [Doc. 114]. Plaintiffs filed no opposition to the Fuller Defendants' motion and it is therefore deemed unopposed. *See* LR 7.1(B), NDGa ("Failure to file a response shall indicate that there is no opposition to the motion.") The Court therefore **GRANTS** the motion [Doc. 114] as unopposed. The entry of default entered against the Law Office of Lanease D. Fuller is set aside and the Law Office of Lanease D. Fuller is dismissed

---

[1] The Court construes the Motion to StrikeNon-Entity as a Part as a Motion to Dismiss the Law Office of Lanease D. Fuller as a Party-Defendant.

as a Party-Defendant, although Lanease D. Fuller remains as a Defendant in her individual capacity.

It is **SO ORDERED** this 1st day of November, 2013.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**