IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMMY GODDARD, DAVID CALLAHAN, MIKE BARKER, WAYMON J. GODDARD, GRANT PARKER, AND PARKER WHITE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GLEN REAVES, LANEASE DICKENS-FULLER, RICHARD BUCKNER, DWAYNE BRYANT DAWSON, TIMOTHY GROSSI, WILLIAM FRANK MCLEAN, AND GENE NOWAK,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE<br>)<br>) NO. 1:12-CV-761-AT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER RETAINING JURISDICTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Tommy Goddard, David Callahan, Mike Barker, Waymon J. Goddard, Grant Parker, and Parker White LLC ("Plaintiffs"), and Defendant Lanease Dickens-Fuller ("Fuller") have stipulated to the dismissal of Plaintiffs' claims against Fuller, conditioned upon the Court's entry of an order retaining jurisdiction over

the settlement agreement between the parties ("Settlement Agreement").[1] Plaintiffs and Fuller have consented to the Court's retention of jurisdiction over the Settlement Agreement.

The Court hereby **ORDERS** that it shall retain jurisdiction over the Settlement Agreement between Plaintiffs and Fuller. Specifically, Plaintiffs shall have the right to seek entry and enforcement of a Consent Judgment in this Court, or other remedies set forth in the Settlement Agreement, should there be a default on the Settlement Agreement.

**IT IS SO ORDERED**, this 21st day of August, 2014.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs and Fuller further seek to withdraw the Stipulation of Dismissal [Doc. 190] filed on August 20, 2014. This request is GRANTED. The Clerk shall strike Doc. 190 from the docket.