UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMMY GODDARD, DAVID CALLAHAN, MIKE BARKER, WAYMON J. GODDARD, GRANT PARKER, and PARKER WHITE LLC,<br><br>            Plaintiffs,<br><br>vs.<br><br>REGIONS BANK, INC., GLEN REAVES, LANEASE DICKENS-FULLER, LAW OFFICE OF LANEASE D. FULLER, RICHARD BUCKNER, DWAYNE BRYANT DAWSON, TIMOTHY GROSSI, WILLIAM FRANK MCLEAN, and GENE NOWAK,<br><br>            Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-761-AT |

## **DEFAULT JUDGMENT**

This action having come before the Court, the Honorable Amy Totenberg, United States District Judge, for consideration of the plaintiff's' amended motion for default judgment, and the Court having **GRANTED** said motion, it is hereby

**ORDERED AND ADJUDGED**, that judgment is entered jointly and severally against Defendants Glen Reaves, Richard Buckner, Dwayne Bryant Dawson, Timothy Grossi, William Frank McLean, and Gene Nowak, in favor of each Plaintiff in the following amounts:

Plaintiff Tommy Goddard: $623,496

Plaintiff David Callahan: $2,514,240

Plaintiff Mike Barker: $57,000

Plaintiff Waymon J. Goddard: $57,000

Plaintiffs Grant Parker and Parker White, LLC, collectively: $763,179.

Dated at Atlanta, Georgia this 4th day of December, 2014.

                      JAMES N. HATTEN
                      CLERK OF COURT

By:    s/ James Jarvis
           Deputy Clerk

Prepared and entered
in the Clerk's Office
December 4, 2014
James N. Hatten
Clerk of Court
By:   s/ James Jarvis
       Deputy Clerk